IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Sheila L | Case Number: 05 B 35218 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 9/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: October 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,794.37 | |
| Secured: | | 7,786.60 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 578.37 |
| Other Funds: | | 19.40 |
| Totals: | 10,794.37 | 10,794.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 13,833.45 | 7,356.87 |
| 4. | American General Finance | Secured | 200.00 | 102.99 |
| 5. | Balaban Furniture Ltd | Secured | 600.00 | 326.74 |
| 6. | America's Financial Choice Inc | Priority | 230.74 | 0.00 |
| 7. | Nationwide Acceptance Corp | Unsecured | 20.16 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 44.61 | 0.00 |
| 9. | Balaban Furniture Ltd | Unsecured | 73.45 | 0.00 |
| 10. | Consumer Portfolio Services | Unsecured | 66.73 | 0.00 |
| 11. | Meta Bank | Unsecured | 53.12 | 0.00 |
| 12. | Surety Finance | Unsecured | 37.50 | 0.00 |
| 13. | AmeriCash Loans, LLC | Unsecured | 41.73 | 0.00 |
| 14. | American General Finance | Unsecured | 109.06 | 0.00 |
| 15. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 16. | Pay Day Loans | Unsecured | | No Claim Filed |
| 17. | Bank One | Unsecured | | No Claim Filed |
| 18. | Ameriloan | Unsecured | | No Claim Filed |
| 19. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Uptown Cash | Unsecured | | No Claim Filed |
| 21. | The Neighborhood Institute | Unsecured | | No Claim Filed |
| 22. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| | | | $ 17,720.55 | $ 10,196.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Brown, Sheila L | Case Number:  05 B 35218 |
| | Judge:  Wedoff, Eugene R |
| Printed: 11/25/08 | Filed:  9/2/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 230.56 |
| 5% | 74.53 |
| 4.8% | 61.17 |
| 5.4% | 177.00 |
| 6.5% | 35.11 |
| | $ 578.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

